**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Map 6, Inc. dba ASAP Printing & Digital** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1433523** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3971 Pontchartrain Drive Suites 9 and 11 Slidell, LA 70458** | **2049 Ponderosa Place Mandeville, LA 70448** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Tammany** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Map 6, Inc. dba ASAP Printing & Digital**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Map 6, Inc. dba ASAP Printing & Digital**                                  Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Debtor  **Map 6, Inc. dba ASAP Printing & Digital**                                   Case number (*if known*) _____
        Name

        ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
        ■ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
        ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor **Map 6, Inc. dba ASAP Printing & Digital**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2023**
MM / DD / YYYY

**X** **/s/ Margaret Pineda**
Signature of authorized representative of debtor

**Margaret Pineda**
Printed name

Title **CEO and 100% owner**

**18. Signature of attorney**

**X** **/s/ Robin R. De Leo**
Signature of attorney for debtor

Date **August 10, 2023**
MM / DD / YYYY

**Robin R. De Leo 20347**
Printed name

**The De Leo Law Firm, LLC**
Firm name

**800 Ramon St**
**Mandeville, LA 70448**
Number, Street, City, State & ZIP Code

Contact phone **(985) 727-1664**   Email address **lisa@northshoreattorney.com**

**20347 LA**
Bar number and State

```
United States Trustee
Texaco Center
400 Poydras Street
Suite 2110
New Orleans, LA 70130


Tax Collector/Sheriff
701 N Columbia St.
Parish of St. Tammany Courthouse
Covington, LA 70433


Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374


Chex Systems, Inc.
Attn:  Consumer Relations
7805 Hudson Road
STE 100
Saint Paul, MN 55125


TransUnion
2 Baldwin Place
Chester, PA 19022


Experian
Business Info Services
Costa Mesa, CA 92626


Experian
Business Info Services
Costa Mesa, CA 92626


IRS
PO Box 7346
Philadelphia, PA 19101-7346


ADT
3190 S. Vaughn Way
Aurora, CO 80014


Advertising Specialty Institute
PO Box 15017
Wilmington, DE 19880
```

American Express
PO Box 6031
Carol Stream, IL 60197-6031


AMP
PO Box 371
Reserve, LA 70084


AWT
1724 South Lane
Mandeville, LA 70471


Bank of America
PO Box 15726
Wilmington, DE 19886


Bayou Papers LLC
41287 West Yellow Water Rd.
Hammond, LA 70403


BlueVine's Flex


Capital One
1680 Capital One Drive
#1400
Mc Lean, VA 22102


Capital One Spark Card
PO BOX 60519
City of Industry, CA 91716


Carlson Craft
PO Box 8700
Mankato, MN 56002


Celtic Bank
268 S. State St. Suite 300
Salt Lake City, UT 84111


City of Slidell
PO Box 828
Slidell, LA 70459

```
City of Slidell Occupational License
2045 Second St
STE 214
PO Box 828
Slidell, LA 70459


DFS
Lockbox 229
Philadelphia, PA 19170


Diocesan
PO Box 2288
Grand Rapids, MI 49501


Discount Labels
PO Box 200747
Dallas, TX 75320


Ennis Bus Forms
PO Box 841741
TX 75280


Folder Works
Navitor Inc
PO Box 856740
Minneapolis, MN 55480


FZTZ Real Estate LLC
c/o Darrel Toy
5624 David Dr.
Kenner, LA 70065


Geneva Capital
1311 Broadway Street
Alexandria, MN 56308


GSG
PO Box 671261
Dallas, TX 75260


HP Inc
1501 Page Mill Rd
Palo Alto, CA 94304
```

```
Insigniah.com
PO Box 2939
Waxahachie, TX 75168


Jefferson Printing Co.
3763 Derbigny St.
Metairie, LA 70001


Kissee & Co
824 Elmwood Park Blvd.
#107
New Orleans, LA 70123


Konica Minolta Business Solutions
Dept AT 952823
Atlanta, GA 31192


Louisana Office Products
PO Box 23851
New Orleans, LA 70183


Louisiana Department of Revenue
Collection Division
P. O. Box 201
Baton Rouge, LA 70821-0201


Margaret A. Pineda
2049 Ponderosa Place
Mandeville, LA 70448


Margaret A. Pineda
2049 Ponderosa Place
Mandeville, LA 70448-7525


Metro Supplies
1512 L & A Road
Metairie, LA 70001


MPress
4100 Howard Ave.
New Orleans, LA 70125


Point2point
3803 Cleveland Ave.
New Orleans, LA 70119
```

```
Quick Capital Funding
2525 Main Street
Suite 530
Irvine, CA 92614


Quill
PO Box 37600
Philadelphia, PA 19101


Reece Supply Co of LA Inc.
PO Box 170269
Irving, TX 75062


Sanmar
PO Box 34060
Seattle, WA 98105


Spectrum Business
PO Box 94188
Wheeling, IL 60090-4000


St. Tammany Parish Tax Collector
Post Office Box 1229
Slidell, LA 70459


Supreme Color
21385 Marion Lane
Suite D
Mandeville, LA 70471


Uline
Acct. Rec.
PO box 88741
Chicago, IL 60680


Unishippers
PO Box 733851
Dallas, TX 75373
```

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Map 6, Inc. dba ASAP Printing & Digital**   Case No.
Debtor(s)   Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Map 6, Inc. dba ASAP Printing & Digital**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 10, 2023**   /s/ Robin R. De Leo
Date   **Robin R. De Leo 20347**
Signature of Attorney or Litigant
Counsel for   **Map 6, Inc. dba ASAP Printing & Digital**
**The De Leo Law Firm, LLC**
**800 Ramon St**
**Mandeville, LA 70448**
**(985) 727-1664 Fax:(985) 727-4388**
**lisa@northshoreattorney.com**